**Drew BRINSON, a/k/a Drew H. Brinson, a/k/a Drew Howard Brinson, Petitioner–Appellant,**

**v.**

**Warden M. RIVERA, Respondent–Appellee.**

No. 12–7770.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2013.

Decided: March 15, 2013.

Drew Brinson, Appellant Pro Se.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Drew Brinson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brinson v. Rivera,* No. 6:12–cv–02075–DCN, 2012 WL 4593078 (D.S.C. Oct. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*